UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVIA M. SCOTTO,

    Plaintiff,

v.                                           CASE NO. 8:18-cv-1664-T-23SPF

M. DYER AND SON'S, AIR FRANCE,
MARK ZUCKERBERG, WILLIAM
GATES, THE WARREN BUFFET
TRUST, WEST LAW OF HAWAII,
UNITED STATES, et al.,

    Defendants.
_____/

**ORDER**

For at least the twentieth time in the past year, Livia Scotto submits a frivolous complaint. (Doc. 1) The report and recommendation (Doc. 4), which correctly finds the complaint frivolous and correctly finds a prospective amendment futile, is **ADOPTED**, and the action is **DISMISSED**. The motion (Doc. 2) for leave to proceed *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on August 6, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE